UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
| v. | Mag. No. 20-6006 (DEA) |
| DAEVON BELL, | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Michelle S. Gasparian, Assistant United States Attorney, appearing) in the presence of Brian P. Reilly, Esq., counsel for the Defendant, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the Defendant without bail pending trial in the above-entitled matter because the Defendant poses a risk of flight and a danger to the community; and the Defendant having requested a bail hearing and Defendant seeking a continuance pursuant to Title 18, United States Code, Section 3142 (f)(2) to conduct the bail hearing; and for good cause shown,

IT IS, therefore, on this 2nd day of December, 2020,

ORDERED that the Defendant's request for a continuance of the bail hearing be GRANTED, and the Defendant is hereby ORDERED DETAINED without prejudice until the bail hearing is conducted at a date to be set by the Court; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the Defendant be committed to the custody of the Attorney General or his

1

authorized representative pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

                                                    _s/DOUGLAS E. ARPERT_____
                                                   HONORABLE DOUGLAS E. ARPERT
                                                   UNITED STATES MAGISTRATE JUDGE