UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAEVON BELL, | Honorable Douglas E. Arpert<br><br>Mag. No. 20-6006 (DEA)<br><br>**DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Michelle S. Gasparian, Assistant United States Attorney, appearing) in the presence of Brian P. Reilly, Esq., counsel for the Defendant, for an order pursuant to Title 18, United States Code, Sections 3142(e) to detain the Defendant without bail pending trial in the above-entitled matter because the Defendant poses a risk of flight and a danger to the community; and the Court having considered the argument of Defendant; and for good cause shown,

IT IS, therefore, on this __7th__ day of December, 2020,

ORDERED that the motion of the United States for an order detaining the Defendant without bail pending trial is hereby GRANTED, and the Defendant is hereby ORDERED DETAINED without prejudice; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the Defendant be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

                                                  ___s/Douglas E. Arpert_____
                                                  HONORABLE DOUGLAS E. ARPERT
                                                  UNITED STATES MAGISTRATE JUDGE