UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 20-6006 (DEA) |
| vs. | **ORDER FOR DISMISSAL** |
| DAEVON BELL | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Philip R. Sellinger, United States Attorney for the District of New Jersey (by Michelle Gasparian, Assistant United States Attorney, appearing), hereby dismisses the Complaint, Mag. No. 20-6006 (DEA), against DAEVON BELL, charging the defendant with possession with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 846, because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
PHILIP R. SELLINGER
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
Honorable DOUGLAS E. ARPERT
United States Magistrate Judge

Dated: 1/31/2023